**IT IS ORDERED as set forth below:**

**Date: February 13, 2026**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In Re: | : | |
| | : | CASE NO. 26-50282-JWC |
| MICHAEL LEDALE WRIGHT, | : | |
| LEEANN JEAN WRIGHT | : | |
| | : | CHAPTER 13 |
| Debtor. | : | |
| _____ | : | JUDGE CAVENDER |
| | : | |
| HB SOUTHLAKE, LLC | : | |
| Movant | : | |
| | : | CONTESTED MATTER |
| | : | |
| MICHAEL LEDALE WRIGHT, Debtor | : | |
| LEEANN JEAN WRIGHT, Joint Debtor | : | |
| and NANCEY WALLEY Trustee | : | |
| Respondents, | : | |
| _____ | : | |

CONSENT ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

This matter comes before the Court on a Motion for Order Lifting Stay (Docket No 17)

(the "Motion") filed by the above-referenced Movant ("Movant") on January 24, 2026 seeking to

1

have the automatic stay lifted. It appears that all interested parties have been served with said Motion and Notice of Hearing, set for February 10, 2026 at 10:30 AM in Courtroom 1203. Counsel for the debtor has no opposition to the motion. The Court has reviewed all matters of record in the case. For the reasons set forth in the pleadings, the Court finds that cause does exist to grant the relief requested by Movant to initiate and prosecute dispossessory hearing(s) as needed to obtain possession of the property (as defined in the Motion). Accordingly, it is hereby:

**ORDERED** that the automatic stay of 11 U.S.C. Section 362 is modified to allow Movant to proceed with its state law rights and remedies to file a dispossessory proceeding or to prosecute the pending dispossessory hearing to obtain possession of the property that is subject of the lease with Debtor and Co-Debtor. Furthermore, cause exists for the stay of enforcement of this Order provided in F.R.B.P. 4001 to not be applicable to permit Movant to proceed with its rights immediately.

**END OF DOCUMENT**

Order Prepared and Presented by:

**JENAB LAW, LLC**

/s/ Brian Jenabzadeh
Brian Jenabzadeh, Esq.
Attorney for Movant
Georgia Bar No. 111666
11539 Park Woods Cir., Suite 304
Alpharetta, Georgia 30005
Tel: (678)-437-5962
Email: brianj@jenablaw.net


Consented to by: Debtors, Michael LeDale Wright and Leeann Jean Wright via Counsel

/s/Danielle J. Elliot
Danielle J. Eliot with express permission to sign by Brian Jenabzadeh
Attorney for Debtors
Bar# 142243
Law Office of Danielle J Eliot, PC
Ste 420
1001 Weatherstone Pkwy
Woodstock, GA 30188
770-672-6735
Fax: 404-891-3417
Email: danielle@djelawfirm.com


No Opposition by: Nancy J. Whaley, Chapter 13 Trustee

/s/ Julie M. Anania
Julie M. Anania with express permission to sign by Brian Jenabzadeh
Staff Attorney for Nancy Whaley
Bar Number: 477064
Chapter 13 Trustee
Truist Plaza Garden Offices
303 Peachtree Center Avenue, Suite 120,
Atlanta, GA 30303
678-992-1201
Email: jwc-orders@njwtrustee.com; Janania@njwtrustee.com

3

Distribution List:

***Debtor***
Michael LeDale Wright
418 Darter Dr
Kennesaw, GA 30144

**Joint Debtor**
Leeann Jean Wright
418 Darter Dr
Kennesaw, GA 30144

**Debtor's Attorney**
Danielle J. Eliot
Law Office of Danielle J Eliot, PC
Ste 420
1001 Weatherstone Pkwy
Woodstock, GA 30188

**Nancy J. Whaley, Chapter 13 Trustee**
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303

4

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                    Case No. 26-50282-jwc

Michael LeDale Wright                                                      Chapter 13

Leeann Jean Wright
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
| Date Rcvd: Feb 13, 2026 | Form ID: pdf401 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jtdb | + Michael LeDale Wright, Leeann Jean Wright, 418 Darter Dr, Kennesaw, GA 30144-5088 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Jenabzadeh | on behalf of Creditor HB Southlake  LLC brian@jenablaw.net |
| Danielle J. Eliot | on behalf of Joint Debtor Leeann Jean Wright danielle@djelawfirm.com  ecfdjma@gmail.com;R44723@notify.bestcase.com |
| Danielle J. Eliot | on behalf of Debtor Michael LeDale Wright danielle@djelawfirm.com  ecfdjma@gmail.com;R44723@notify.bestcase.com |
| Nancy J. Whaley | ecf@njwtrustee.com |
| Tyanna Elizabeth Coleman | on behalf of Creditor HB Southlake  LLC tc@colemanlegalgroup.com |

District/off: 113E-9                      User: bncadmin                        Page 2 of 2
Date Rcvd: Feb 13, 2026                   Form ID: pdf401                       Total Noticed: 1
TOTAL: 5